25SL-CC01091

Electronically Filed - St Louis County - January 29, 2025 - 03:38 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| JOSLYNE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: |
| vs. | ) |
| | ) |
| ALDI, INC., | ) |
| **SERVE REGISTERED AGENT:** | ) |
| **CT Corporation System** | ) |
| **120 S. Central Avenue** | ) |
| **Clayton, MO 63105** | ) |
| | ) |
| Defendant. | ) |

**<u>PETITION – PERSONAL INJURY</u>**

COMES NOW Plaintiff JOSLYNE JOHNSON, by and through her counsel, and for her cause of action against Defendant, ALDI, INC., (hereinafter referred to as "ALDI"), does hereby state and allege as follows:

1.     On or about July 15, 2024, Defendant ALDI, INC. was a corporation organized and existing under the laws of the State of Missouri.

2.     On or about said date, Defendant ALDI owned and operated a retail grocery supermarket located at 7701 Olive Boulevard in St. Louis County, Missouri.

3.     At all times complained of herein, Defendant ALDI operated and exerted control over the premises located at 7701 Olive Boulevard in St. Louis County, Missouri.

4.     On or about said date, Plaintiff JOSLYNE JOHNSON was a business invitee of Defendant ALDI at its store located at 7701 Olive Boulevard in St. Louis County, Missouri.

5.     On or about July 15, 2024, Plaintiff JOSLYNE JOHNSON was caused to fall at Defendant's retail grocery outlet due to a dangerous and defective condition, to wit: a detached display bar and produce on the floor.

Electronically Filed - St Louis County - January 29, 2025 - 03:38 PM

6.      Defendant ALDI owed a duty to business invitees including Plaintiff to maintain a safe environment within its retail store.

7.      Defendant ALDI breached its duty of care to Plaintiff in following respects, to wit:

      a.      Defendant ALDI had a defective display case;

      b.      Defendant ALDI had produced on the floor;

      c.      Defendant ALDI failed to warn business invitees of the dangerous and defective conditions; and

      d.      Defendant ALDI failed to remedy the defective condition.

8.      As a direct and proximate result of the carelessness and negligence of Defendant ALDI as aforesaid, Plaintiff was caused to suffer injuries to her head, cervical spine, lumbar spine, left knee and all the bones, ligaments, blood vessels, cartilages, tendons and other soft tissues were severely sublexed, abraded, sprained and made stiff, sore and swollen; further, Plaintiff suffered an injury to her left knee; further, Plaintiff suffered injury to her lumbar spine, specifically, a bulging disc at L5-S4; further, all of Plaintiff's injuries are permanent and progressive; further, Plaintiff suffers pain in the aforementioned areas and will continue and will continue to suffer for an indefinite future.

9.      As a direct and proximate result of the carelessness and negligence of Defendant ALDI as aforesaid, Plaintiff has incurred medical expenses in the approximate sum of Twenty-Five Thousand ($25,000.00) Dollars and may have future medical expenses in an amount yet to be determined.

Electronically Filed - St Louis County - January 29, 2025 - 03:38 PM

WHEREFORE, Plaintiff JOSLYNE JOHNSON, prays for a judgment against Defendant ALDI, INC in a fair and reasonable amount in excess of Twenty-Five Thousand Dollars ($25,000.00) and for her costs in bringing this cause of action; and for such other and further relief as this Court may deem to be proper and just.

**MEEHAN LAW FIRM**

By:     */s/ William K. Meehan*
        William K. Meehan, #33686
        Attorney for Plaintiff
        7165 Delmar, Suite 112
        University City, MO 63130
        (314) 725-9994 (Phone)
        (314) 721-9110 (Facsimile)
        wkmeehan@wkmeehanpc.com